# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| DAVID PHILLIPS AND DIANE BROWNING, individually and on behalf of the class of persons described in the Complaint, )<br><br>Plaintiffs, )<br><br>v. )<br><br>HOBBY LOBBY SOTERS, INC., )<br><br>Defendants. ) | **CIVIL ACTION NO.:**<br>**2:16-CV-00837-JEO** |

## NOTICE OF APPEARANCE

Comes now Allan L. Armstrong and enters his formal appearance as counsel of record for the plaintiffs in the above referenced matter.

Respectfully submitted this the 1st day of August 2016.

*/s/ Allan L. Armstrong*
Allan L. Armstrong (ASB-4400-R77A)
Counsel for Plaintiffs

<u>OF COUNSEL:</u>

Armstrong Law Center, LLC
The Berry Building
2820 Columbiana Road
Vestavia Hills, Alabama 35216

Direct Dial: (205) 201-1529
Toll Free Fax: (866) 601-2692
armstrong.atty@gmail.com

<u>**CERTIFICATE OF SERVICE**</u>

     I hereby certify that a true and correct copy of the foregoing is being served through the Court's CM/ECF system on this the 1st day of August 2016.

*<u>/s/ Allan L. Armstrong</u>*