FILED
2016 Aug-26 PM 03:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# MOTION TO DISMISS

# EXHIBIT A

# WIGGINS CHILDS PANTAZIS FISHER GOLDFARB
Advocates & Litigators


RECEIVED MAY 23 2016 LEGAL

May 19, 2016

ROBERT L. WIGGINS, JR.
ROBERT F. CHILDS, JR.
DENNIS G. PANTAZIS
TERRILL W. SANDERS
ANN K. WIGGINS
SAMUEL FISHER
DEBORAH A. MATTISON
JON C. GOLDFARB
GREGORY O. WIGGINS
ROCCO CALAMUSA, JR.
BRIAN CLARK
RUSSELL W. ADAMS
CRAIG L. LOWELL
CANDIS A. McGOWAN
TEMPLE D. TRUEBLOOD
H. WALLACE BLIZZARD
KEVIN W. JENT
JENNIFER WIGGINS SMITH
ROBERT J. CAMP
JOSHUA D. WILSON
RACHEL LEE McGINLEY
DANIEL E. ARCINIEGAS
JOSHUA R. GALE*
L. WILLIAM SMITH
D.G. PANTAZIS JR.
SIDNEY JACKSON
PATRICK L. PANTAZIS
D. PATRICK EVANS
LACEY DANLEY

TIMOTHY B. FLEMING*
MELINA GOLDFARB
SANDRA DUCA—DEITLING
PATRICIA FRALEY
OF COUNSEL
Not Licensed in Alabama*

Hobby Lobby, Inc.
Attn: Customer Service
7707 S.W. 44th Street
Oklahoma City, OK 73919

Re: Request for Relief by Diane Browning and David Phillips

To Customer Service:

On April 2, 2016, Diane Browning of Walker County, Alabama, purchased an item at the Jasper, Alabama, Hobby Lobby location with a 40% off coupon. The coupon states that it is good for "one item at regular price." The item that Ms. Browning purchased was marked as "Always 30% Off", at a price of $202.99. Because the item was marked as "Always 30% Off", the regular price is $202.99. She should have been able to purchase the item for $121.80. Instead, at the register, Ms. Browning was given a discount of 40% off of a "Regular" price of $289.99. This regular price, however, is never used by Hobby Lobby. Ms. Browning paid $173.99 for the item. Ms. Browning requests that Hobby Lobby cease this practice, and also that she be paid the difference between the two prices of $52.19.

Similarly, Mr. David Phillips of Shelby County, Alabama, made a purchase at the Hobby Lobby store on Doug Baker Boulevard in Shelby County, Alabama, with the same type 40% off coupon. The item he purchased was marked "Always" on sale for $91.00. Mr. Phillips should have been given the 40% off of the $91.00 price, for a total of $54.60. Instead, Mr. Phillips was given 40% off of a fictional price of $130.00, and paid $78.00. Mr. Phillips requests the difference be paid to him, in the amount of $23.40.

Ms. Browning and Mr. Phillips make this demand on behalf of themselves, and also on behalf of all Hobby Lobby customers in the United States, between April 2, 2015, and the present.

An Alabama Limited Liability Company
The Kress Building • 301 19th Street North • Birmingham, AL 35203
205-314-0500 main • 205-254-1500 fax
WASHINGTON, D.C • DELAND, FLORIDA • NASHVILLE, TENNESSEE
wigginschilds.com

May 19, 2016
Page 2

You may respond to this letter at the above referenced address as this law firm represents Ms. Browning and Mr. Phillips.

Very truly yours,

B. Cl

Brian M. Clark

BMC/ph
copies:	Allan L Armstrong, Esq.
	Darrell L. Cartwright, Esq.