FILED
2021 Feb-15 PM 02:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID PHILLIPS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. |
| HOBBY LOBBY STORES, INC., | ) 2:16-cv-837-JEO |
| Defendant. | ) <u>CLASS ACTION</u> |

| | |
|---|---|
| STEVEN D. MARCRUM, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. |
| HOBBY LOBBY STORES, INC., | ) 2:18-cv-01645-JEO |
| Defendant. | ) |

## DEFENDANT HOBBY LOBBY'S UNOPPOSED MOTION TO APPROVE JND LEGAL ADMINISTRATION AS SETTLEMENT ADMINISTRATOR

Defendant, Hobby Lobby Stores, Inc. ("Hobby Lobby"), requests this Court to enter an order approving JND Legal Administration ("JND") as the Settlement Administrator for the settlements in both of these consolidated actions. As grounds for this motion, Hobby Lobby states as follows:

45001541 v1

1. Pursuant to the parties' Class Action Settlement Agreements, Hobby Lobby has agreed to bear the costs of notice dissemination and claims administration in both settlements. Hobby Lobby, moreover, has the right under both settlements to retain the Settlement Administrator to perform these functions, subject to Court approval.

2. Hobby Lobby has contracted with JND, a highly-regarded settlement administration firm based in Seattle, Washington to handle the notice and claims administration services in these two cases. JND has extensive experience with all aspects of settlement administration, having administered hundreds of class action settlements. (*See* Ex. A hereto.)

3. JND is one of the leading administration firms in the country. JND's class action division provides all services necessary for the effective implementation of class action settlements, including: (1) all facets of legal notice, such as any needed outbound mailing, email notification, and the design and implementation of media programs, including through digital and social media platforms; (2) website design and deployment, including on-line claim filing capabilities; (3) contact support; (4) secure class member data management; (5) paper and electronic claim processing; (6) calculation design and programming; (7) payment disbursements through check wire, PayPal, merchandise credits, and other means; (8) qualified settlement fund tax reporting; (9) banking services and reporting; and (10) all other

functions related to the secure and accurate administration of class action settlements.

4. JND is an approved vendor for the United States Securities and Exchange Commission, as well as for the Federal Trade Commission. JND also has Master Services Agreements with various law firms, corporations, banks, and government agencies, which were only awarded after JND underwent rigorous reviews of their systems, privacy policies, and procedures. JND has also been certified as SOC 2 compliant by noted accounting firm Moss Adams. Finally, JND has been recognized by various publications, including the *National Law Journal*, the *Legal Times*, and the *New York Law Journal*, for excellence in class action administration.

5. Counsel for Hobby Lobby has discussed with Plaintiffs' counsel JND's involvement in these cases as the Settlement Administrator. Plaintiffs' counsel do not oppose entry of an order appointing JND to handle all of the notice and claims administration aspects of the two settlements.

WHEREFORE, Defendant Hobby Lobby requests this Court to enter an order approving JND as the Settlement Administrator to fulfill all of the responsibilities of settlement administration under the Class Action Settlement Agreements entered into in both of the consolidated cases.

             <u>s/ Robert H. Rutherford</u>
             Robert H. Rutherford
             Attorney for Defendant Hobby Lobby
             Stores, Inc.

**OF COUNSEL:**

BURR & FORMAN LLP
420 North 20th Street
Suite 3400, Shipt Tower
Birmingham, Alabama 35203
Telephone: 205-458-5286
Facsimile: 205-458-5100
robert.rutherford@burr.com

## CERTIFICATE OF SERVICE

I hereby certify the foregoing Defendant Hobby Lobby's Unopposed Motion to Approve JND Legal Administration As Settlement Administrator has been electronically filed with the Clerk of the Court using the CM/ECF system on the following CM/ECF participants, or if not a CM/ECF participant, it has been served by U.S. mail, postage prepaid, on this 15th day of February, 2021.

>Brian M. Clark
>Wiggins Childs Pantazis Fisher & Goldfarb. LLC
>The Kress Building
>301 19th Street North
>Birmingham, Alabama 35203

>Allan L. Armstrong
>Armstrong Law Center, LLC
>The Berry Building
>2820 Columbiana Road
>Vestavia Hills, Alabama 35216

>Darrell Cartwright
>Cartwright Law Center, LLC
>P.O. Box 383204
>Birmingham, Alabama 35238

>>s/ Robert H. Rutherford
>>OF COUNSEL

45001541 v1

5

# EXHIBIT A



📞 1.800.207.7160
✉ Info@JNDLA.com
🌐 www.JNDLA.com

## Prominent Case History

JND is routinely called upon to handle the largest and most complex class action administrations. Some of the matters JND and its Founders have worked on over the years include the following:

- Allagas v. BP Solar Int'l, Inc.
- Auction Houses Antitrust Litigation
- BP Deepwater Horizon Settlement
- BP Solar International, Inc. Settlement
- Cecil v. BP America Production Company
- Chieftain-Marathon Oil Company Settlement
- City of Long Beach Telephone Tax Settlement
- ComScore Securities Litigation
- Condé Nast Privacy Litigation
- County of Los Angeles Telephone Tax Settlement
- Dole Food Company Securities Litigation
- Expedia Hotel Taxes & Fees Litigation
- Freedom Financial Network Restitution Program
- Greyhound Lines, Inc. ADA Settlement
- Halliburton EPJ Fund Securities Litigation
- Hearst Communications, Inc. Privacy Litigation
- In re Broiler Chicken Antitrust Litigation
- In re J.P. Morgan Stable Value Fund ERISA Litigation
- In re LIBOR-Based Financial Instruments Antitrust Litigation
- In re Yahoo! Inc. Securities Settlement
- Intuit Data Breach Litigation
- IPO Securities Litigation
- J. Crew Factory Store Pricing Litigation
- Langan v. Johnson & Johnson Consumer Companies, Inc.
- Linneman, et al., v. Vita-Mix Corp., et al.
- Red Bull False Advertising Litigation
- Robert Briseno et al. v. Conagra Foods, Inc.
- Stericycle, Inc. Securities Litigation
- TCF National Bank Restitution Program
- TJX Companies False Pricing Settlement
- Uber Technologies Employment Discrimination Settlement
- Visa/Mastercard Antitrust Litigation
- Vitamix Blender Settlement
- Worldcom Securities Litigation

